**Acknowledged**
TWP
August 12, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| Terron Cornelison, | : | Case No. 4:23-CV-00181 |
| Plaintiff, | : | (Hon. Tanya Walton Pratt) |
| | | (Mag. Judge Kellie M. Barr) |
| vs. | : | |
| Autoneum North America, Inc., | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terron Cornelison and Defendant Autoneum North America, Inc., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own expenses, costs, and attorneys' fees.

IT IS SO STIPULATED:

**/s/ Nathan C. Volheim**
Nathan C. Volheim (6302103)
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL  60148
Telephone: (630) 568-3056
Facsimile: (630) 575-8188
Email: nvolheim@sulaimanlaw.com

Attorney for Plaintiff

IT IS SO STIPULATED:

**/s/  Lynn Vuketich Luther (With Consent)**
Lynn Vuketich Luther (0075166)
Thomas J. Gibney (0029992)
EASTMAN & SMITH LTD.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, OH  43699-0032
Telephone: (419) 241-6000
Facsimile: (419) 247-1777
Email:  LVLuther@eastmansmith.com
Email:  TJGibney@eastmansmith.com
Attorneys for Defendant